IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 8 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**JOHN DOE** )
c/o Kevin E. Byrnes )
Grad, Logan & Klewans, P.C. )
3141 Fairview Park Drive, Suite 350 )
Falls Church, Virginia 22042 )
    *Plaintiff*, )
     )
v. )    Civil Action No. 13-905
     )
**ERIC H. HOLDER, JR.** )
United States Attorney General )
United States Department of Justice )
950 Pennsylvania Ave., NW )
Washington, DC 20530-0001 )
    *Defendant.* )

## ORDER TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiff's motion for an order permitting Plaintiff to proceed under pseudonym, and for entry of a protective order to ensure the confidentiality of Plaintiff's identity, good cause having been shown, it is hereby

**ORDERED** that Plaintiff is allowed to proceed in pseudonym "John Doe" and to rely on his counsel's address as his address for purposes of this litigation; (ii) Plaintiff's complaint under pseudonym "John Doe" is accepted and has been lodged with the Clerk; and (iii) the docket shall continue to reflect that Plaintiff's name is John Doe; and it is further

**ORDERED** that Plaintiff shall be allowed to endorse documents related to this litigation using the pseudonym John Doe; and it is further

**ORDERED** that Plaintiff will be referred to as John Doe in all depositions, pleadings, and other documents related to this litigation, as well as in all proceedings held before this Court, including trial; and it is further

**ORDERED** that, despite the broad scope of this Order, should the parties desire to file a document with the Court under seal, then an appropriate motion must be made in advance of the filing; and it is further

**ORDERED** that any disclosure of Plaintiff's identity, or other information sufficient to effectively identify Plaintiff, shall be governed by a Protective Order to be entered by this Court ~~forthwith~~; and it is further

**ORDERED** that the terms of this Order shall remain in effect until further Order of this Court, either sua sponte or upon proper written motion.

Date: 6/18/13

United States District Judge